UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK                                    Attorney: JEFFREY A. ROTHMAN, ESQ.

---

JASON VALE

                                                    Plaintiff(s)

                          - against -              Index # 18CV1866 (PGG)

CITY OF NEW YORK, ETAL                                                       Purchased March 1, 2018

                                             Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 11, 2018 at 11:32 AM at

C/O OFFICE OF LEGAL AFFAIRS
270-05 76TH AVENUE
NEW HYDE PARK, NY 11040

deponent served the within SUMMONS AND NOTICE OF PRETRIAL CONFERENCE, COMPLAINT on LONG ISLAND JEWISH MEDICAL CENTER therein named.

    BY LEAVING A TRUE COPY WITH ANNA WONG, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

    Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 55 | 5'2 | 200 |

Sworn to me on: May 17, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | DAVID KLEINBERG |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | Invoice #: 694988 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045