# Jeffrey A. Rothman
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

May 24, 2018

**By ECF To:**
Honorable Paul G. Gardephe, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Vale v. City of New York, et al.</u>, 18 Civ. 1866 (PGG) (KHP)

Your Honor:

      I, along with Scott Korenbaum, Esq., am counsel for Plaintiff in the above-referenced action.  We write to respectfully request: (1) a 30 day extension to serve Defendants the City of New York and the NYPD Officer Defendants (to June 29, 2018); and (2) that the Initial Conference presently scheduled for June 7, 2018 at 10:45 a.m. be adjourned.

      Plaintiff has reached a pre-litigation settlement in principle with the NY City Comptroller's office concerning the City of New York and its employees, but it is necessary for us to resolve an issue concerning the language to be included in the general release in order for the settlement to be consummated.  For this reason we seek an extension to serve Defendants the City of New York and NYPD Officer Defendants (the deadline for service upon them is presently May 30, 2018)[1].  We are waiting to hear back from the Comptroller's representative in this regard, but do not know how long it will take him to discuss the issue within the Comptroller's bureaucracy.

      Defendant Long Island Jewish Medical Center (LIJ) was served on May 11, 2018, and I received a call from its insurance company, but no attorney has yet been assigned to represent it.  LIJ's answer is due on June 1, 2018.  I will also be on trial starting on June 5, 2018.  It is thus respectfully requested that the Initial Conference presently scheduled for June 7, 2018 at 10:45 a.m. be adjourned.  If it is convenient for the Court we are presently available on June 19, 20, or 27, and July 2-6.

---

[1] Once the City is served or an officer's representation is undertaken by the Law Department it is my understanding that we may no longer deal directly with the Comptroller's office, and must go through the Law Department, which would complicate things considerably given where they are presently.

2

I thank the Court for its consideration in this matter.

                    Respectfully submitted,

                    _____/S/_____

Jeffrey Rothman
315 Broadway, Suite 200
New York , NY 10007
(212) 227-2980