

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA PESTANA**
*Acting Corporation Counsel*

**OMAR J. SIDDIQI**
*Senior Counsel*
Tel.: (212) 356-2345
Fax: (212) 356-3509
osiddiqi@law.nyc.gov

October 3, 2019

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Jason Vale v. City of New York, et al.</u>
              18 Civ. 1866 (PGG)

Your Honor:

       I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent the City Defendants in the above-referenced matter. The parties write jointly to respectfully request that Your Honor refer this matter to Magistrate Judge Parker for the purpose of settlement. The parties believe that a settlement conference would be useful at this juncture. To that end, the parties now respectfully request that the Court refer this matter to her for settlement so that a settlement conference can be scheduled in this case.

.

       Thank you for your consideration herein.

                                                 Respectfully submitted,

                                                 /s/

                                                 Omar J. Siddiqi
                                                 *Senior Counsel*