

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/27/20190
```

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**OMAR J. SIDDIQI**
*Senior Counsel*
Tel.: (212) 356-2345
Fax: (212) 356-3509
osiddiqi@law.nyc.gov

November 26, 2019

**VIA ECF**
Honorable Katharine J. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

11/27/2019

Re: Jason Vale v. City of New York, et al.
18 Civ. 1866 (PGG)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to represent the City Defendants in the above-referenced matter. City Defendants write to respectfully request that their time to respond to plaintiff's settlement demand in this matter be extended from today until December 6, 2019.

The reason for the instant request is that this office requires additional time to determine our settlement position in this matter. As City Defendants stated at the telephone conference on October 29, 2019, we need to understand the State Defendants' authority before being able to formulate our settlement position; City Defendants have not yet received this information from State Defendants.

Based on the foregoing, City Defendants now respectfully request that their time to respond to plaintiff's settlement demand be extended until December 6, 2019.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Omar J. Siddiqi*

Omar J. Siddiqi
*Senior Counsel*