

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**OMAR J. SIDDIQI**
*Senior Counsel*
Tel.: (212) 356-2345
Fax: (212) 356-3509
osiddiqi@law.nyc.gov

December 4, 2019

**VIA ECF**
Honorable Katharine J. Parker
United States Magistrate Judge
United States District Court
Southern District of New York

    Re:    <u>Jason Vale v. City of New York, et al.</u>
            18 Civ. 1866 (PGG)

Your Honor:

        I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to represent the City Defendants in the above-referenced matter. City Defendants write to respectfully request that their time to respond to submit an *ex parte* letter to the Court be extended until December 9, 2019. LIJ Defendant and Plaintiff join in this application.

        By way of background, the Court granted City Defendants an extension of time to submit their counter-offer to plaintiff until December 6, 2019. City Defendants now request additional time to submit an *ex parte* letter so that they have sufficient time to include details of their counter-offer, and any communication with plaintiff, that may occur after they submit their counter-offer on December 6, 2019. Plaintiff has represented he needs additional time to consider City Defendants' offer before submitting an *ex parte* letter. City Defendants respectfully submit that no party will be prejudiced by the granting of this extension, and thank the Court for its understanding. Based on the foregoing, City Defendants now respectfully request that their to submit an *ex parte* letter to the Court be extended until December 9, 2019. LIJ Defendant and Plaintiff join in this application.

        Thank you for your consideration herein.

Respectfully submitted,

*/s/ Omar J. Siddiqi*

Omar J. Siddiqi
*Senior Counsel*