

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**OMAR J. SIDDIQI**
*Senior Counsel*
Tel.: (212) 356-2345
Fax: (212) 356-3509
osiddiqi@law.nyc.gov

January 8, 2020

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Jan 9, 2020

Re: Jason Vale v. City of New York, et al.
    18 Civ. 1866 (PGG)

Your Honor:

    I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to represent City Defendants in this action. City Defendants write, with the consent of all parties, to respectfully request an extension of time from January 16, 2020 until February 18, 2020, to file a Proposed Stipulation of Dismissal for the Court.

    The reason for the instant request is that City Defendants require additional time to work with the parties to help draft a Proposed Stipulation that covers all the claims and parties in this action. Co-defendants have been working on the language of the Proposed Stipulation, and City Defendants represent that this extension will be sufficient to draft and file the Proposed Stipulation with the Court.

2

      Based on the foregoing, City Defendants respectfully request an extension of time from January 16, 2020 until February 18, 2020, to file a Proposed Stipulation of Dismissal for the Court.

      Thank you for your consideration herein.

                                        Respectfully submitted,

                                        /s/

                                      Omar J. Siddiqi
                                      *Senior Counsel*